IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO.: 4:03cr69-SPM

MARCUS NEAL MANNING,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 176) dated October 31, 2007. Defendant was furnished a copy and has filed objections (docs. 178). Pursuant to Title 28, United States Code, Section 636(b)(1), I conducted a de novo review and I find that the report and recommendation is correct and should be adopted.

The amended laboratory report (doc. 161-2) confirms that the 153.7 grams and 74.0 grams of cocaine recovered from Defendant's apartment was in the base form, i.e. crack cocaine. Defendant has failed to demonstrate any prosecutorial misconduct or ineffective assistance of counsel regarding this matter.

As for ineffective assistance of counsel on the Franks challenge, introducing Officer Hunnings' investigation report (doc. 156-2 at 15-18) would not have resulted in suppression of any evidence. The investigation report was

prepared on October 16, 2003; after the search warrant (doc. 46-2 at 5-8) had been issued on October 3, 2003.  The misstatement in the investigation report regarding Officer Hunnings' observation of a hand to hand exchange of crack cocaine for money was not repeated in the probable cause affidavit (doc. 46-2 at 7).  It therefore did not affect the finding of probable cause.  Officer Hunnings acknowledged the misstatement during his testimony at the suppression hearing.  Despite the misstatement, the Court found credible Officer Hunnings' testimony that he believed three crack cocaine transactions took place between Defendant and the confidential informant, as stated in the probable cause affidavit.  Accordingly, it is    ORDERED AND ADJUDGED:

1. The Magistrate Judge's report and recommendation (doc. 176) is adopted and incorporated by reference into this order.

2. Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence (doc. 156) is denied.

DONE AND ORDERED this 29th day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge