IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:03cr69-SPM

MARCUS NEAL MANNING,

      Defendant.
_____/

## NOTICE OF INTENT TO REDUCE SENTENCE

Review of the record in this case reveals that the defendant, Marcus Neal Manning, is entitled to a sentence reduction based on a 2007 guideline amendment that lowers the guideline sentencing range for certain categories of offenses involving crack cocaine. U.S.S.G. Amend. 706. Amendment 706 was made retroactive, effective March 3, 2008.

Manning was sentenced in 2004 to a term of 151 months. Manning's guideline range at the time of sentencing was 151 to 188 months, based on a total offense level of 34. Under the recent retroactive amendment, Manning's guideline range is 121 to 151 months, based on a total offense level of 32.

As authorized under 18 U.S.C. § 3582(c)(2), the court intends to enter an order reducing Manning's sentence to 121 months. Should there be objections to this proposed action by the court, those objections must be filed by March 10, 2008. Copies of any such objections shall be served on all other interested

parties, i.e., the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons, as appropriate.

The clerk shall send a copy of this notice to the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons.

SO ORDERED this 25th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:03cr69-SPM